# FORM A

**CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS***

Rev. 10/10

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY

FILED JS
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY
22 FEB 22 PM 4:23

Leslie Winfrey #00592128

_____

(Full name of the Plaintiff(s) in this action)

v.

"Dwayne Clark"
(Director of Metro Corrections)

_____

_____

(Full name of the Defendant(s) in this action)

CIVIL ACTION NO. 3:22CV106 RGJ
(To be supplied by the clerk)

(✓) DEMAND FOR JURY TRIAL

(__) NO JURY TRIAL DEMAND
(Check only one)

## I. PARTIES

(A) Plaintiff(s). Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: Leslie Winfrey #00592128

Place of Confinement: Louisville Metro Department of Corrections

Address: 400 South Sixth Street, Louisville, Ky 40202

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (✓)

(2) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED ( __ )   PRETRIAL DETAINEE ( __ )

(3) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED ( __ )   PRETRIAL DETAINEE ( __ )

**(B) Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant __Dwayne Clark__ is employed as __Director__ at __Louisville Metro Department of Corrections__

The Defendant is being sued in his/her ( ✓ ) individual and/or ( ✓ ) official capacity.

(2) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her ( __ ) individual and/or ( __ ) official capacity.

(3) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her ( __ ) individual and/or ( __ ) official capacity.

(4) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her ( __ ) individual and/or ( __ ) official capacity.

(5) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

## II. PREVIOUS LAWSUITS

(A) Have you begun other lawsuits in State or Federal court dealing with the <u>same facts</u> involved in this action? YES (__) NO (✓)

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s): _____

Defendant(s): _____

Court (if federal court, name the district. If state court, name the county): _____

Docket number: _____

Name of judge to whom the case was assigned: _____

Type of case (for example, habeas corpus or civil rights action): _____

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?): _____

Approximate date of filing lawsuit: _____

Approximate date of disposition: _____

## III. STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

Defendant Dwayne Clark violated plaintiff Leslie Winfrey fourteenth Amendment under the color of State Law, Defendant Dwaye clark is a Director of Louisville Metro Department of Corrections. Defendant Dwayne Clark and his Administration Staff have housed plaintiff Leslie Winfrey in conditions that put him at risk for Contracting Covid-19 and that plaintiff Contracted Covid-19 as a result. Plaintiff was housed in a overcrawded Dorm with Sick Inmates which Cause plaintiff to get Sick and officers on 4th floor Denied plaintiff Leslie Winfrey medical Attention when needed it and medical Staff tell plaintiff "he will Be fine Quit Complaining unless you have a life or death issue". Defendant Dwayne Clark and his Administration Staff put deliberate indifference to plaintiff Safety in violation of the fourteenth Amendment. Plaintiff Leslie Winfrey filed a grievance "Brief Statement of grievance: The Dorm is over crawded with 13 Inmates on the floor and

4

### III. STATEMENT OF CLAIM(S) continued

the dorm is unSanitary we Need Cleaning Supplies. a copy of grievance was Sent with this complaint.

## IV. RELIEF

State exactly what you want the Court to do for you. (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.) The Plaintiff(s) want(s) the Court to:

\_\_\_\_ award money damages in the amount of $ _____

[✓] grant injunctive relief by _Home Incarceration_

[✓] award punitive damages in the amount of $ _2 Million_

\_\_\_\_ other: _____

## V. DECLARATION UNDER PENALTY OF PERJURY
(each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This _15_ day of _February_, 20_22_.

_Leslie Winfrey_
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on _2-15-2022_ .

_Leslie Winfrey_
(Signature)

Leslie Winfrey #592128
400 South 6th Street
Louisville, KY 40202

LOUISVILLE KY 400
18 FEB 2022 PM 3 L



USA FOREVER

Office of the Clerk
United States District Court
106 Gene Snyder U.S. Courthouse
601 W. Broadway
Louisville, KY 40202-2249

22 FEB 22 PM 4:23
FILED JS
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY

40202-224999

JAIL MAIL
UNCENSORED
Louisville Metro Corrections Department
Not Responsible




THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2019